UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **HOWARD LEN LIPPTON** | **CIVIL ACTION NO. 25-0816** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE TERRY A. DOUGHTY** |
| **JESSICA DAVIS, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 12] having been considered, together with the written objections thereto filed with this Court [Doc. No. 14], and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED** that Plaintiff Howard Len Lippton's claims of evidence tampering, failing to disclose exculpatory evidence, and prosecutorial misconduct are **STAYED** under the following conditions:

   a. If Plaintiff intends to proceed with these claims, he must, within thirty (30) days of the date the criminal proceedings against him conclude, file a motion to lift the stay;

   b. If the stay is lifted and the Court finds that Plaintiff's claims would impugn the validity of his conviction, the action will be dismissed under *Heck*; if no such finding is made, the action will proceed absent some other bar to suit;

   c. Plaintiff should not file any more documents concerning these particular claims in this action until the state court proceedings conclude; and

   d. Defendants shall not be required to answer these claims during the stay, and Plaintiff may not seek a default judgment or conduct any discovery during the stay.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff's remaining claims, including his request to preserve evidence, are **DISMISSED WITH PREJUDICE** as legally frivolous and for failing to state claims on which relief may be granted.

MONROE, LOUISIANA, this 28th day of August, 2025.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE